591 A.2d 1053

**In the Matter of John SHALLENBERGER, individually and t/d/b/a Shallway Corporation, National Childrens Audition and other names, Appellant,**

v.

**Velma INGELIDO, t/d/b/a Valerie Lee.**

Supreme Court of Pennsylvania.

Argued May 10, 1991.

Decided May 29, 1991.

Timothy J. O'Connell, Harrisburg, for appellant.

Thomas M. Ballaron, Deputy Atty. Gen., Renardo L. Hicks, Director, Bureau of Consumer Protection, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.